IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                          4:22-CR-00125-01-JM

JOEY WAYNE HIGGINS

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 31) is DENIED.

Defendant's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

Additionally, Defendant is disqualified from benefiting from the zero-point reduction based on U.S.S.G. § 4C1.1(a)(5).

IT IS SO ORDERED this 1st day of March, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 22.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

1